(June 16, 1967)

John F. Kelly, Respondent, v. Cohoes Housing Authority, Appellant.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.